UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JESSE KETZBEAU,

    Defendant.

CASE NO: 23-CR-20357

F. KAY BEHM
United States District Judge

CURTIS IVY, JR.
United States Magistrate Judge

_____

**ORDER GRANTING MOTIONS TO STRIKE (ECF No. 208, 209) and STRIKING DEFENDANT'S PRO SE MOTION (ECF No. 207)**
_____

Before the court are Defendant Ketzbeau's *pro se* motion to withdraw his plea (ECF No. 207) and the government and defense counsel's motions to strike same. (ECF No. 208, 209). Ketzbeau is currently represented by counsel and, accordingly, his counsel must file any motions on his behalf. *See e.g.*, *United States v. Hamilton*, 2018 WL 10075601, at *1 (E.D. Mich. Jan. 11, 2018) ("It is well-established law in the Sixth Circuit that a criminal defendant cannot proceed with hybrid representation, whereby he asserts both the right to proceed pro se and the right to counsel – he must choose one or the other."). As part of the latitude accorded to district courts to manage their own dockets, courts may bar filings submitted by an individual when that individual is represented by counsel. *See*

*United States v. Agofsky*, 20 F.3d 866, 872 (8th Cir. 1994) (finding no error in the court's refusal to consider pro se motion where defendant was represented by counsel.). Defendant's counsel has indicated that he is not adopting the motion and has moved to strike it. The motions to strike are **GRANTED** (ECF Nos. 208, 209) and Ketzbeau's pro se motion (ECF No. 207) is, therefore, **STRICKEN**.

    **SO ORDERED**.

Dated: September 3, 2025            s/F. Kay Behm  
                                                          F. Kay Behm  
                                                          United States District Judge