UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,                Case No. 23-cr-20357

v.                                 F. Kay Behm
                                 U.S. District Judge

JESSE KETZBEAU,

                Defendant.

_____/

## ORDER GRANTING DEFENDANT'S APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS ON APPEAL

This matter is before the Court pursuant to Defendant's application to proceed without prepaying fees or costs on appeal.  (ECF No. 253).  Federal Rule of Appellate Procedure 24(a)(1) provides that a party to a district court action who desires to appeal in forma pauperis must file a motion in the district court.  This motion must include an affidavit that demonstrates "the party's inability to pay or to give security for fees and costs."  Fed. R. App. P. 24(a)(1)(A).

"The decision to grant or deny an application to proceed [in forma pauperis] lies within the sound discretion of the district court."  *Benson v. Carlton*, No. 00-5040, 2000 WL1648054, at *1 (6th Cir. Oct. 26, 2000).

However, "[b]ecause every criminal defendant has the right to a direct appeal," appellate courts have instructed that "district courts should not consider the merits when deciding pauper status for a direct appeal; the district court should only determine whether the defendant is financially eligible for in forma pauperis status under the [Criminal Justice Act]." *United States v. Hernandez*, No. 19-cr-20463, 2023 WL 2300481, at *2 (E.D. Mich. Feb. 17, 2023) (citing *United States v. Kosic*, 944 F.3d 448, 451-52 (2d Cir. 2019); *United States v. Osuna*, 141 F.3d 1412, 1415 (10th Cir. 1998)).

After reviewing Defendant's application, the court finds that he should be granted leave to appeal in forma pauperis, as he is unable to pay the filing fee.

Accordingly,

**IT IS ORDERED** that Defendant's application to proceed IFP on appeal (ECF No. 253) is **GRANTED**.

Date: April 7, 2026                    s/F. Kay Behm
                                       F. Kay Behm
                                       United States District Judge

2